Bernard S. Flom

29 Falmouth Street, Brooklyn, N.Y. 11235-3001

(917) 561-4752 E:bernardflom@eflom.com

April 27, 2026

United States Bankruptcy Court

Southern District New York

1 Bowling Green

New York, New York 10004

Honorable John P. Mastando, III

Dear Justice Mastando:

Regarding case 24-11600 Chapter 13 Victor Rafael Sierra

Kindly find enclosed enhanced APPLICATION with Additional Pleading to replace the APPLICATION I mailed last week. I am mailing this to you in addition to a challenged attempt to e-file pro-se.

Respectfully submitted,

Bernard S. Flom, creditor no. 21

Pro-se

S.D.N.Y.

2026 MAY -1 A 9:49

FILED
U.S. BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE:                                              Chapter 13

VICTOR RAFAEL SIERRA                                Case No.: 24-11600-JPM

                            Debtor                  **NOTICE OF MOTION**

                                                    **IN SUPPORT OF CLAIM #21**

                                                    <u>APPLICATION</u>

TO THE HONORABLE JOHN P. MASTANDO, III, U.S. BANKRUPTCY JUDGE:

BERNARD S. FLOM, Creditor #21, in the above captioned estate, respectfully represents the following:

1. Bernard S. Flom, hereinafter Bernard Flom, filed Proof of Claim on 12/03/2025 only after receiving from Vito Genna, Clerk, Bankruptcy Court, Notice of Bankruptcy Case Filing dated 9/16/2024, 6:27PM that Debtor's Attorney, James J. Rufo filed Chapter 13 Bankruptcy 09/16/2024 6:07PM.

2. Debtor's attorney, John J. Rufo, hereinafter Rufo, neglected to timely notify me that Victor Rafael Sierra, hereinafter Sierra, filed Chapter 13 Bankruptcy despite my Kings Small Claim SC2147-24 07/12/2024 filing.. Whether intentionally or not, I cannot discern

3. Should my claim #21 be denied, I would be deprived of collecting a legal judgment. If so as a remedy, I respectfully request the Court enter an Order for Sierra and Rufo to produce verified photographs, inventory and all assets of Fluxpace, Inc. to be frozen and prevent disposal of any creditable items. At both addresses: 1726 Libby Place, Apt. 1, Bronx, NY 10461 AND 139 Fulton Street, Suite 801, New York, NY 10038-2594 the address on file with the NYC Department of Consumer and Worker Protection as a Licensed Home Improvement Contractor Lic. No. 2118570.

4. Bankruptcy 3002(c)(6)(A) herewith:

   When a creditor files a motion and "the notice was insufficient under the circumstances to give the creditor reasonable time to file a proof of claim because the debtor failed to timely file the list of creditors' names and addresses required by Rule 1007(a)." On May 25, 2021, Helios and Matheson Analytics Inc. ("Helios") vs. KLDiscovery, the United States Bankruptcy Court for the Southern District of New York sided in favor of KLDiscovery for being omitted from Helios' matrix and failure to give notice to KLD timely to file a proof of claim. This rule implements Bankruptcy Code section 521(a)(1), which requires debtors to include, among other things, a list of creditors. Rufo and Sierra omitted Flom from the debtor's matrix..

5. Sierra and Rufo filed Chapter 13 as an individual. My Small Claims judgement is against BOTH Sierra and Fluxpace Inc. which did not file Chapter 7 or Chapter 11 bankruptcy.

6. No prior application seeking relief requested herein has been filed by Flom.

**WHEREFORE,** Flom respectfully requests that this Court enter an ORDER allowing Claim Number 21 filed by Bernard Flom and for other and further relief as may seem just and proper.

Dated: Brooklyn, New York

April 17, 2026

 /s/ Bernard S. Flom

Bernard S. Flom

29 Falmouth Street

Brooklyn, New York 11235-3001

Cell: (917) 561-4752  Landline: (718) 332-8547

Chapter 13

Case No. 24-11600-JPM

Hon. JOHN P. MASTANDO, III


UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

 VICTOR RAFAEL SIERRA

            Debtor

---

## NOTICE OF MOTION,  APPLICATION

### and

### CERTIFICATE OF SERVICE

### **ADDITIONAL PLEADING**

---

BERNARD S. FLOM, Pro-se

Creditor Claimant No. 21

29 Falmouth Street

Brooklyn, New York 11235-3001

Cell: (9 17) 561-4752 Landline: (7 18) 332-8547

---

Bernard S. Flom

29 Falmouth Street, Brooklyn, N.Y. 11235-3001

(917) 561-4752 E:bernardflom@eflom.com

April 23, 2026

United States Bankruptcy Court

Southern District New York

1 Bowling Green

New York, New York 10004

Honorable John P. Mastando, III

Dear Justice Mastando:

Regarding case 24-11600 Chapter 13

It was truly a pleasure hearing multiple cases today BUT when my case came before you toward the close of your session, you could not hear my muted voice on Zoom. I heard Trustee's representative request dismissal of my 410 application, which you granted without opposition. I was waiting to be called for almost three hours, BUT I never had my day in your court.

I frantically attempted to get to your courtroom with several calls to Maria Rodriguez-Castillo, courtroom deputy, Jonathan, customer service person, the operator, all to no avail. Several attempts to New York government zoom ID 1615289947 PW 0026413179 proved fruitless. At the end of your session I even got a recording: "The meeting has not yet started."

Therefore, would you kindly restore to calendar my application/motion enclosed.

Respectfully submitted,

Bernard S. Flom

Bernard S. Flom, creditor no. 21

Pro-se

Bernard S. Flom

29 Falmouth Street, Brooklyn, N.Y. 11235-3001

(917) 561-4752 E:bernardflom@eflom.com

December 04, 2025

United States Bankruptcy Court

Southern District New York

1 Bowling Green, room 614

New York, New York 10004

Dear Sirs/Madames:

Regarding case 24-11600, please find enclosed Proof of Claim with documentation to list me as a creditor. I respectfully request to be listed as a creditor at this time with time sequence explanation as follows:

**07/12/2024** filed Kings Small Claims index SC2147-24 Court Date **01/14/2025** Adjourned to **02/04/2025**. Judgment $6,043.76 in my favor dated **02/10/2025** mailed to me by Small Claims Court **03/04/2025**. I sent copy of Judgement to Victor R. Sierra, debtor, within the week. James J. Rufo, debtor's attorney, phoned me that my judgement was stayed by his **09/16/2024** filing and any attempt by me to collect would be legally punishable.

Forgive my inexperience in these creditor filing proceedings. However, my Small Claim preceded Rufo's filing. Therefore I submit that I should be listed as a creditor to receive all notices from the court.

Respectfully submitted,

Bernard S. Flom